April 28, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

PACIFIC WESTERN BANK, AS SUCCESSOR BY MERGER TO
CAPITALSOURCE BANK, Appellant

NO. 14-14-00366-CV                           V.

BRAZORIA COUNTY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Brazoria County, signed April 24, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Pacific Western Bank, as successor by merger to CapitalSource Bank, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.